# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| MOUNT VERNON INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | No. 1:21-cv-004979 |
| ) | Honorable Charles P. Kocoras |
| v. ) | |
| ) | |
| JANE CHILD CARE, INC., *et al*., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

Plaintiff MOUNT VERNON INSURANCE COMPANY, Defendant ENVIRONMENTAL MANAGEMENT ALTERNATIVES, INC., and Defendants JANE CHILD CARE, INC., and YIVGENIA KORZUN A/K/A JANE KORZUN, by and through their undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims and counterclaims, causes of action, and parties, with each party to bear its own attorneys' fees, costs, and expenses.

DATED: July 18, 2022                              Respectfully submitted,

**Counsel for** Plaintiff MOUNT VERNON INSURANCE COMPANY

*/s/ Larry D. Mason*
Larry D. Mason
lmason@goldbergsegalla.com
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, IL 60606
312-572-8444

-and-

**Counsel for CHRISTOPHER LOTHSON, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JASPEN LOTHSON, DECEASED**

*/s/ James C. Pullos*
James C. Pullos
jcp@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3600
Chicago, IL 60602
(312) 899-9090

-and-

**Counsel for JANE CHILD CARE, INC. and YIVGENIA KORZUN A/K/A JANE KORZUN**

*/s/ Jed H. Stone*
Jed H. Stone
jstone@jedstone.com
STONE & ASSOCIATES
325 Washington Street, Suite 400
Waukegan, IL 60085
847-336-7888